# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARINA PENA-NEVARRO** | **CIVIL ACTION** |
| **VERSUS** | |
| **JULIE NGUYEN, ET AL.** | **NO. 22-00143-BAJ-EWD** |

## ORDER AND JUDGMENT

Before the Court is Plaintiff's **Motion To Remand (Doc. 32)**, which seeks to return this personal injury (car crash) action back to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana, due to Defendants failure to establish that the amount in controversy likely meets or exceeds the jurisdictional minimum set forth at 28 U.S.C. § 1332. The Magistrate Judge has now issued a **Report and Recommendation (Doc. 39, the "Report")**, recommending that Plaintiff's Motion be granted. Defendants' deadline to object to the Report has passed, without any objection from Defendants.

Having carefully considered Plaintiff's Motion, the notice of removal, and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion To Remand (Doc. 32)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action be and is hereby **REMANDED** immediately to the Nineteenth Judicial

District Court for the Parish of East Baton Rouge, Louisiana.

Consistent with the relief set forth herein, the Clerk of Court shall **TERMINATE and CLOSE** the above-captioned action.

Baton Rouge, Louisiana, this 13th day of September, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**